IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS G. KUNKLE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 15-896 |
| | : | |
| v. | : | |
| | : | |
| ANDREA NAUGLE, Individually and as | : | |
| Clerk of Judicial Records for the County of | : | |
| Lehigh (aka Clerk of Courts or | : | |
| Prothonotary), THE COUNTY OF | : | |
| LEHIGH, WILLIAM BERNDT, | : | |
| Individually and as Court Administrator for | : | |
| Lehigh County, and CAROL K. | : | |
| MCGINLEY, Individually and as President | : | |
| Judge for the Court of Common Pleas of | : | |
| Lehigh County, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 2nd day of December, 2015, after reviewing all outstanding motions, supporting briefs, and responsive briefs; and after reviewing the first amended complaint (Doc. No. 8); and after oral argument held before the undersigned on June 30, 2015; and for the reasons expressed in the accompanying memorandum opinion; accordingly, it is hereby **ORDERED** that the outstanding motions to dismiss (Doc. Nos. 14, 15, 21) are **GRANTED IN PART** and **DENIED IN PART** as follows:

1.  The motions, insofar as the defendants request that the court dismiss the federal claims contained in Counts One, Two, and Three on merits grounds consistent with those stated in the memorandum opinion, are **GRANTED** and these federal claims are **DISMISSED WITH PREJUDICE**;

2. The motions, insofar as some of the defendants request that the court dismiss the dissolution claim contained in Count Four on the jurisdictional ground expressed in the memorandum opinion, are **GRANTED** and the dissolution claim is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; and

3. In all other respects, the motions are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the plaintiff's motion for leave to file a second amended complaint (Doc. No. 23) is **DENIED**.

**IT IS FURTHER ORDERED** that the clerk of court is **DIRECTED** to mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.